IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

KIMBERLY GASTON,
Plaintiff,

v.

COMMISSIONER OF SOCIAL SECURITY,
Defendant.

Case No. 20–CV–00497–JPG

## JUDGMENT

This matter having come before the Court,

**IT IS HEREBY ORDERED AND ADJUDGED** that the Commissioner's denial of benefits is **AFFIRMED**.

**Dated: Tuesday, July 27, 2021**          **MARGARET M. ROBERTIE**
                                                                **CLERK OF COURT**

                                                                **s/Tina Gray, Deputy Clerk**

**Approved by: s/J. Phil Gilbert**
                    **J. PHIL GILBERT**
                    **UNITED STATES DISTRICT JUDGE**